1 | Elizabeth M. Kessel, Esq. (SBN 128206)
Armineh Megrabyan, Esq. (SBN 223180)
2 | James H. Demerjian, Esq. (SBN 266525)
KESSEL & ASSOCIATES
3 | 2410 Beverly Boulevard
Los Angeles, California  90057-1000
4 | Telephone: (213) 383-2800; Fax: (213) 382-9529
E-mail:  kesselaw@kesselaw.com
5 |
Attorneys for Defendants,
6 | CITY OF MAYWOOD and LILIAN MYERS/
CROSS-CLAIMANT CITY OF MAYWOOD
7 |

8 |

9 |                    UNITED STATES DISTRICT COURT

10 |                   CENTRAL DISTRICT OF CALIFORNIA

11 |

12 | DAVID MANGO,                          )    CASE NO.:  CV 11-05641 GW (FFMx)
                                       )    Assigned Judge – George H. Wu
13 |              Plaintiff,             )    Courtroom 10 – N. Spring Street
                                       )
14 |       v.                            )
                                       )
15 | CITY   OF   MAYWOOD,  a  municipal)        **CROSS-CLAIM  OF CITY OF**
16 | corporation;   CITY   OF   BELL,  a)        **MAYWOOD AGAINST CITY OF BELL**
     municipal    corporation;    LILIAN)
17 | MYERS, individually and in her official)
18 | capacity;    EDWARD     VARELA,)            **1) Breach of Contract;**
     individually and in his official capacity;)   **2) Express Indemnity;**
19 | VERONICA GUARDADO, individually)            **3) Implied Contractual Indemnity;**
20 | and in her official capacity; FELIPE)        **4) Equitable Indemnity;**
     AGUIRRE,   individually   and   in   his)   **5) Comparative Fault;**
21 | official capacity; THOMAS MARTIN,)           **6) Contribution;**
22 | individually and in his official capacity)   **7) Declaratory Relief**
     and ANA ROSA RIZO, individually and)
23 | in her official capacity, and DOES 1-25,   )
24 |                                       )
                                       )
25 |              Defendants.            )
                                       )
26 |                                       )
                                       )
27 |                                       )

     *(left margin, rotated)* KESSEL & ASSOCIATES / 2410 Beverly Boulevard / Los Angeles, California 90057-1000 / Tel. No.: (213) 383-2800 | Fax No. (213) 382-9529

1

28 | **CROSS-CLAIM BY CITY OF MAYWOOD AGAINST CITY OF BELL**

**CV 11-05641 GW (FFMx)**

CITY OF MAYWOOD,

               Cross-Claimant,

    v.

CITY OF BELL, and ROES 1-25

               Cross-Defendants.

## NATURE OF THE ACTION

1. This action arises out of the lawsuit filed by plaintiff, David Mango, against defendants, City of Maywood, Lilian Myers and City of Bell ("Main Action").  Cross-claimant City of Maywood alleges that cross-defendants are liable for any and all damages, costs and attorney's fees for which cross-claimant may be found liable to plaintiff or for any monies paid in settlement of the Main Action. Further, cross-claimant seeks indemnity and/or contribution for any and all costs, expenses and attorney's fees incurred in the defense of the Main Action, including costs and attorney's fees incurred on behalf of the City of Maywood, Maywood City Manager, Lilian Myers, as well as the City Council member defendants.[1] Cross-complainant also seeks attorney's  fees and costs incurred in the prosecution of this cross-claim.  Finally, cross-claimant seeks declaratory relief regarding the respective rights and duties of the parties herein.

## PARTIES

3. Cross-claimant City of Maywood (hereafter "Maywood") is a municipal corporation incorporated under the laws of the State of California, and is a public entity located in the County of Los Angeles.

---

[1] The Maywood City Council member defendants were dismissed from the Main Action on February 16, 2012.

2

**CROSS-CLAIM BY CITY OF MAYWOOD AGAINST CITY OF BELL**

**CV 11-05641 GW (FFMx)**

KESSEL & ASSOCIATES
2410 Beverly Boulevard
Los Angeles, California 90057-1000
Tel. No.: (213) 382-9800 | Fax No. (213) 382-9529

1    4. On information and belief, Cross-defendant City of Bell ("Bell") is a charter city

2  organized under the laws of the State of California, and is a public entity located in the

3  County of Los Angeles.

4    5. Cross-claimant is unaware of the true names of the cross-defendants named

5  herein as ROES 1-25, and will amend this cross-claim to add the true names and

6  capacities of these cross-defendants when they become known to cross-claimants.

7                                    GENERAL ALLEGATIONS

8    A. Background

9    6.    In June, 2011, Maywood was served with plaintiff David Mango's lawsuit.

10  Additionally, plaintiff sued Maywood City Manager Lilian Myers, Maywood City

11  Council members Edward Varela, Veronica Guardado, Felipe Aguirre, Thomas Martin,

12  and Ana Rosa Rizo.

13    7.    On December 8, 2011, Maywood presented a government claim to Bell for

14  contribution, comparative equitable indemnity, express indemnity, implied contractual

15  indemnity, breach of contract, apportionment of fault, and declaratory relief.  Bell did not

16  respond to the government claim, and therefore it is deemed denied by operation of law.

17  California Govt Code §912.4(c)

18    8.    The Second Amended Complaint ("Complaint") alleges that Plaintiff, David

19  Mango, was employed as a Director of Building and Planning for Maywood until his

20  contract with Maywood was terminated on June 30, 2010.  Plaintiff alleges that Maywood

21  failed to give him 30 days' notice of his termination, and failed to pay him six months'

22  severance pay under the Maywood Contract. The purported Maywood Contract is

23  attached as Exhibit "A" to the Complaint. Maywood contends it has no liability under the

24  purported Maywood Contract, which is unsigned and unenforceable as a matter of law,

25  but if any liability should be found, Bell is liable for any amounts due thereunder.

26

27

28

KESSEL & ASSOCIATES
2410 Beverly Boulevard
Los Angeles, California 90057-1000
Tel. No.: (213) 382-2000 | Fax No.: (213) 382-9529

3

CROSS-CLAIM BY CITY OF MAYWOOD AGAINST CITY OF BELL

CV 11-05641 GW (FFMx)

1    9.    The Complaint alleges that on July 1, 2010, plaintiff entered into a contract
2  with Bell to serve as Director of Development Services for Bell, where plaintiff would
3  continue providing services to Maywood  ("Bell Contract"). Plaintiff alleges that his
4  contract with Bell came about as a result of Maywood entering into a contract with Bell in
5  which Bell agreed to take over various administrative services formerly provided by
6  Maywood. Plaintiff alleges that Myers terminated the Bell Contract on August 27, 2010,
7  and that Bell failed to provide him with 30 days' notice and failed to pay him six months'
8  salary as severance under the Bell Contract.  The Bell Contract is attached as Exhibit "B"
9  to the Complaint. Cross-complainant does not have any information or belief that Bell
10  actually entered into the purported contract with plaintiff, which is also unsigned.

11    10.    Maywood filed motions to dismiss, which resulted in dismissal of Maywood
12  from plaintiff's claims for relief for breach of the Bell Contract, breach of oral contract,
13  breach of implied contract, and breach of quasi-contract. After filing two motions to
14  dismiss, the court dismissed the City Council member defendants from the Main Action
15  on February 16, 2012.

16    11.    The Complaint alleges the following claims for relief against Maywood: 1)
17  breach of plaintiff's alleged written employment contract with Maywood (against
18  defendant Maywood); 2) violation of Labor Code §1102.5 (against defendants Maywood
19  and Bell); 3) violation of plaintiff's First Amendment rights under 42 U.S.C. §1983
20  (against defendants Maywood and Myers); and 4) failure to pay minimum wage under
21  Labor Code §1194 (against defendants Maywood and Bell).

22    B.    Contract between Maywood and Bell

23    12.    In June 2010, Maywood was in a severe fiscal crisis, after years of lawsuits
24  and worker's compensation claims, which resulted in cancellation of Maywood's liability
25  and worker's compensation insurance, and a negative balance of approximately $990,000

26

27

28

KESSEL & ASSOCIATES
2410 Beverly Boulevard
Los Angeles, California 90057-1000
Tel. No.: (213)385-3800 | Fax No.: (213) 382-9529

4

CROSS-CLAIM BY CITY OF MAYWOOD AGAINST CITY OF BELL

CV 11-05641 GW (FFMx)

1  in the General Fund. Maywood was forced to lay off all of its employees and contractors,
2  and disband its police department.
3      13.    Due to its dire circumstances, Maywood entered into a contract with Bell on
4  June 3, 2010 entitled, "Agreement for Joint Municipal Services Contract" wherein Bell
5  agreed to pay for and provide certain services to Maywood through the use of Bell's own
6  employees, agents, and contractors in exchange for payment by Maywood to Bell. A copy
7  of this Contract is attached hereto as **Exhibit 1**. Maywood and Bell entered into a "First
8  Amendment to the Agreement for Joint Municipal Services Contract" on June 28, 2010, a
9  copy of which is attached hereto as **Exhibit 2**. The Agreement and First Amendment shall
10  hereinafter be referred to collectively as the "Maywood-Bell Contract." Maywood fully
11  complied with the Maywood-Bell Contract.
12      Without limitation, the Maywood-Bell Contract states:
13      a.    BELL shall provide building and planning services for Maywood. See
14          Section 4 of **Exhibit "1"** and Attachment A, paragraph 2;
15      b.    "BELL shall provide all labor and equipment, as necessary to perform the
16          Services under this Agreement without any additional charge or
17          compensation. " See, Section 2(B) of **Exhibit "2"**;
18      c.    "BELL shall have no authority, express or implied, to act on behalf of
19          MAYWOOD in any capacity whatsoever as an agent." See Section 3(A) of
20          **Exhibit "1"**;
21      d.    "BELL shall have no authority, express or implied, pursuant to this
22          agreement to bind MAYWOOD to any obligation whatsoever." See
23          Section 3(B) of **Exhibit "1"**;
24      e.    "BELL hereby agrees to and does indemnify, defend and hold harmless
25          MAYWOOD, and any and all of their respective officers, employees and
26          representatives from any and all claims, liability and expenses, including
27
28

KESSEL & ASSOCIATES
2410 Beverly Boulevard
Los Angeles, California 90057-1000
Tel. No.: (213) 383-2800 | Fax No.: (213) 382-9529

5

**CROSS-CLAIM BY CITY OF MAYWOOD AGAINST CITY OF BELL**

**CV 11-05641 GW (FFMx)**

attorney fees and costs, that arise out of or are related to BELL'S negligent performance of this Agreement." See, Section 14 of **Exhibit "1"**;

f.   "BELL shall assume all responsibility for damages to property or injuries to persons, including accidental death, which may be caused by BELL's negligent, reckless or willful misconduct under this Agreement, whether such performance be by itself, or its agents, or whether such damage shall accrue or be discovered before or after the termination of this Agreement." See, Section 15 of **Exhibit "1"**;

g.   "Nothing in this Agreement shall be construed to give any person other than MAYWOOD and BELL any legal or equitable rights, remedy or claim under this Agreement." See, Section 16(B) of **Exhibit "1"** attached herein.

h.   "In the event that any action or proceeding is instituted for breach of this Agreement, the prevailing party shall be entitled to reasonable attorneys fees and all other costs of such action." See, Section 25 of **Exhibit "1"** attached herein.

14.   The purpose of the Maywood-Bell Contract was to insulate Maywood from further exposure to claims and to limit Maywood's expenditures to a fixed amount such that it could avoid bankruptcy, while at the same time Bell could provide Maywood citizens with essential services.

15.   Bell breached the Maywood-Bell Contract. Without limitation, Bell negligently performed the contract by failing to insulate Maywood from plaintiff's claims. Plaintiff alleges that he was not paid by Bell for services rendered to Maywood, and Bell failed to ensure that Maywood would not be subject to plaintiff's claims. Bell's negligent performance of the Maywood-Bell Contract resulted in plaintiff suing Maywood, its City Manager, and its City Council members and has exposed them to liability. Bell failed to "indemnify, defend and hold harmless MAYWOOD, and any and all of their respective

6

**CROSS-CLAIM BY CITY OF MAYWOOD AGAINST CITY OF BELL**

**CV 11-05641 GW (FFMx)**

1  officers, employees and representatives from any and all claims, liability and expenses,

2  including attorney fees and costs" in the Main Action, such that Maywood has been

3  forced to incur costs and attorney's fees in defense of the Main Action, for itself, as well

4  as for the City Manager and City Council Members.

5       ///

6                           CLAIMS FOR RELIEF

7                      **FIRST CLAIM FOR RELIEF**

8              (For Breach of Contract against Cross-Defendant Bell)

9       16.    Maywood incorporates Paragraphs 1 through 15 as though fully set forth

10  herein.

11      17.    Maywood performed its obligations under the Maywood-Bell Contract.

12      18.    Bell failed to perform and/or negligently performed under the Maywood-Bell

13  contract, as set forth in paragraph 15, above.

14      19.    In addition to the damages set forth in Paragraph 15, Bell is also liable for

15  any judgment rendered against Maywood and/or its officers, employees and

16  representatives, including any attorney's fees and costs awarded to plaintiff, or for any

17  amounts paid in settlement of the Main Action, including plaintiff's costs and attorney's

18  fees.

19      20.    Further, pursuant to Section 25 of the Maywood-Bell Contract, Maywood is

20  entitled to all of its costs and attorney's fees in prosecuting the instant cross-claim.

21

22                      **SECOND CLAIM FOR RELIEF**

23              (For Express Indemnity against Cross-Defendant Bell)

24      21.    Maywood incorporates Paragraphs 1 through 15 as though fully set forth

25  herein.

26

27                                    7

28

KESSEL & ASSOCIATES
2410 Beverly Boulevard
Los Angeles, California 90057-1000
Tel. No.: (213) 383-2800 | Fax No. (213) 382-9529

CROSS-CLAIM BY CITY OF MAYWOOD AGAINST CITY OF BELL

CV 11-05641 GW (FFMx)

22.    Pursuant to Section 14 of the Maywood-Bell Contract, Bell agreed to "indemnify, defend and hold harmless MAYWOOD, and any and all of their respective officers, employees and representatives from any and all claims, liability and expenses, including attorney fees and costs, that arise out of or are related to BELL'S negligent performance of this Agreement."

23.    Pursuant to Section 15 of the Maywood-Bell Contract, Bell assumed "all responsibility for damages to property or injuries to persons, including accidental death, which may be caused by BELL's negligent, reckless or willful misconduct under this Agreement, whether such performance be by itself, or its agents, or whether such damage shall accrue or be discovered before or after the termination of this Agreement."

24.    By virtue of these provisions, Bell expressly agreed to indemnify, defend and hold harmless Maywood, its officers, employees and representatives, from the claims asserted by plaintiff in the Main Action.

25.    Bell has failed to indemnify, defend and hold harmless Maywood, its officers, employees and representatives from the claims asserted by plaintiff in the Main Action.

26.    In addition to the damages set forth in Paragraph 15, Bell is also liable for any judgment rendered against Maywood and/or its officers, employees and representatives, including any attorney's fees and costs awarded to plaintiff, or for any amounts paid in settlement of the Main Action, including plaintiff's attorney's fees and costs.

27.    Further, pursuant to Section 25 of the Maywood-Bell Contract, Maywood is entitled to all of its costs and attorney's fees in prosecuting the instant cross-claim.

### THIRD CLAIM FOR RELIEF

(For Implied Contractual Indemnity against Cross-Defendant Bell)

28. Maywood incorporates Paragraphs 1 through 27 as though fully set forth herein.

29.    Bell was negligent in performing the Maywood-Bell Contract, such that Maywood, its City Manager and City Council members were sued in the Main Action.

KESSEL & ASSOCIATES
2410 Beverly Boulevard
Los Angeles, California 90057-1000
Tel. No.: (213) 382-3300 | Fax No. (213) 382-9529

8

CROSS-CLAIM BY CITY OF MAYWOOD AGAINST CITY OF BELL

CV 11-05641 GW (FFMx)

30. Therefore, Bell should indemnify Maywood for any amounts that Maywood is required to pay to plaintiff in the Main Action through judgment or settlement, including any and all attorney's fees paid to or awarded to plaintiff.

## FOURTH CLAIM FOR RELIEF

(For Equitable Indemnity against Cross-Defendant Bell and ROES 1-25)

31. Maywood incorporates Paragraphs 1 through 30 as though fully set forth herein.

32. By virtue of the doctrine of equitable indemnity Maywood is faced with a loss which in good conscience, equity and justice it should not be faced with by virtue of the conduct of cross-defendants, and each of them, if the allegations of plaintiff's Complaint are found to be true.  The responsibility of cross-claimant, if any, for the damage and injury to the plaintiff, if any, should be reduced based upon its proportionate share of fault as compared with that of the cross-defendants and each of them.

## FIFTH CLAIM FOR RELIEF

(For Apportionment of Fault Against Bell and ROES 1-25)

33.Maywood incorporates Paragraphs 1 through 30 as though fully set forth herein.

34. By reason of the foregoing, Maywood is entitled to a declaration with respect to the relative proportion of negligence, fault and/or other liability of cross-defendants, and each of them, which proximately caused and/or contributed to plaintiffs' alleged loss, damage, or injury.

## SIXTH CLAIM FOR RELIEF

(For Contribution Against Bell and ROES 1-25)

35. Maywood incorporates by reference paragraphs 1 through 30 as though fully set forth herein.

36. Maywood contends that it is in no way legally responsible for the loss, damage, or injury alleged in the Main Action.  However, if as a result of the matters alleged herein, Maywood is held liable for any portion of the claims asserted against it, cross-defendants

9

CROSS-CLAIM BY CITY OF MAYWOOD AGAINST CITY OF BELL

CV 11-05641 GW (FFMx)

and each of them are obligated to reimburse Maywood and are liable to Maywood for that portion of negligence, fault, and/or other liability assessed against them which proximately caused or contributed to plaintiffs' alleged loss, damage or injury.

## SEVENTH CLAIM FOR RELIEF

### (For Declaratory Relief Against Bell and ROES 1-25)

37. Maywood incorporates by reference paragraphs 1 through 36 as though fully set forth herein.

38.    A controversy now exists between Maywood and cross-defendants, and each of them, in that Maywood contends that cross-defendants are obligated to contribute to, share proportionate fault for, and indemnify Maywood from all claims, actions, and demands arising out of the Main Action.

39. Maywood desires a judicial determination of its rights. Such a declaration is necessary and appropriate at this time to avoid multiplicity of actions, as Maywood will otherwise be required to bring a separate action over and against each cross-defendant. Maywood has no adequate or speedy remedy at law.

**WHEREFORE**, Maywood prays for judgment as follows:

1. If Maywood is held liable for judgment in favor of plaintiff, including any award of plaintiff's attorney's fees and costs, that the judgment in the same amount be rendered against cross-defendants, and each of them, and in favor of Maywood;

2. For a declaration that Maywood be indemnified by cross-defendants, and each of them, including but not limited to any amount for which Maywood is held liable to plaintiff in judgment, any amount paid to plaintiff by or on behalf of Maywood in settlement, as well as attorney's fees, court costs, investigative costs and expenses paid or incurred by Maywood in defending against the Main Action and those same costs and expenses paid or incurred by or on behalf of

KESSEL & ASSOCIATES
2410 Beverly Boulevard
Los Angeles, California 90057-1000
Tel. No.: (213) 383-2800 | Fax No.: (213) 382-9529

10

**CROSS-CLAIM BY CITY OF MAYWOOD AGAINST CITY OF BELL**

**CV 11-05641 GW (FFMx)**

1    Maywood in prosecution of this cross-claim;

2    3.  For a declaration of the proportionate negligence and/or fault of cross-

3        defendants, and each of them, which proximately caused or contributed to

4        plaintiff's loss, damage or injury and a corresponding Order that each of said

5        cross-defendants be required to reimburse Maywood in that proportionate

6        amount for any judgment for which Maywood is found liable to plaintiff and/or

7    4.  For total indemnity, partial indemnity and/or equitable contribution from cross-

8        defendants and each of them;

9    5.  For attorney's fees and costs pursuant to the Maywood-Bell Contract;

10   6.  For costs of suit incurred herein; and

11   7.  For such other and further relief as the Court may deem just and proper.

12   DATED:  March 13, 2012                    KESSEL & ASSOCIATES

13

14                                            By: _____

15                                            ELIZABETH M. KESSEL
                                              ARMINEH MEGRABYAN
16                                            JAMES H. DEMERJIAN
                                              Attorneys for Defendant/Cross-
17                                            Claimant CITY OF MAYWOOD

18

19

20

21

22

23

24

25

26

27

28

**CROSS-CLAIM BY CITY OF MAYWOOD AGAINST CITY OF BELL**

**CV 11-05641 GW (FFMx)**

*(left margin, vertical text)* KESSEL & ASSOCIATES
2410 Beverly Boulevard
Los Angeles, California 90057-1000
Tel. No.: (213) 383-2800 | Fax No. (213) 382-9529

**PROOF OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

     I am employed in the County of Los Angeles, State of California, I am over the age of 18 and not a party to the within action; my business address is 2410 Beverly Boulevard, Los Angeles, California 90057. I served the foregoing document(s) described as:

**CROSS-CLAIM OF CITY OF MAYWOOD AGAINST CITY OF BELL; Breach of Contract; 1) Express Indemnity; 2) Implied Contractual Indemnity; 3) Equitable Indemnity; 4) Comparative Fault; 5) Contribution; 6) Declaratory Relief**

by mailing said document(s) in a sealed envelope with postage fully prepaid, as follows:

a.    _____    Via overnight delivery.

b.    \_\_X\_\_    I placed the envelope(s) for collection and processing for mailing following this business' ordinary practice with which I am readily familiar.  On the same day correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service.

c.    Date of deposit:  March 13, 2012

d.    Place of deposit:  Los Angeles, California

e.    Addressed as follows:

**SEE ATTACHED PROOF OF SERVICE LIST**

     I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

March 13, 2012

_____          _Sara Bruno_ _____
       DATE                                         Sara Bruno

KESSEL & ASSOCIATES
2410 Beverly Boulevard
Los Angeles, California 90057-1000
Tel. No.: (213) 385-2800 | Fax No. (213) 382-9529

1

**PROOF OF SERVICE**

**SERVICE LIST**

**MANGO v. CITY OF MAYWOOD, et al.**

1
2
3
4    Scott R. Ames, Esq.
5    Law Offices of Scott R. Ames
     11377 W. Olympic Blvd., Ste. 500
6    Los Angeles, CA 90064
     Telephone: (310) 478-2500
7    Facsimile: (310) 478-2501
8
9    Dan Stormer, Esq.
     Radhika Sainath, Esq.
10   Cindy Pánuco, Esq.
     Hadsell Stormer Keeny Richardson & Renick, LLP
11   128 N. Fair Oaks Ave.
12   Pasadena, CA 91103
     Telephone: (626) 585-9600
13   Facsimile: (626) 577-7079
14   Attorneys for Plaintiff
15
16   Glen E. Tucker, Esq.
     Mily C. Huntley, Esq.
17   Gina J. Kim, Esq.
     Aleshire & Wynder, LLP
18   1515 W. 190th St., Ste. 565
     Gardena, CA 90248
19   Tel. (310) 527-6660
20   Fax (310) 532-7395
     Attorneys for Defendant, City of Bell
21
22
23
24
25
26
27
28

KESSEL & ASSOCIATES
2410 Beverly Boulevard
Los Angeles, California 90057-1000
Tel. No.: (213) 383-2800 | Fax No. (213) 382-9529

2
**PROOF OF SERVICE**