UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | CV 11-5641-GW(FFMx) | Date | December 2, 2014 |
|---|---|---|---|
| Title | *David Mango v. City of Maywood, et al.* | | |

Present: The Honorable   GEORGE H. WU, UNITED STATES DISTRICT JUDGE

| Javier Gonzalez | None Present |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:** IN CHAMBERS – ORDER TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED FOR FAILURE TO RESPOND TO A COURT ORDER

On November 13, 2014, the Court issued an Order re Attorney Consent to E-Service of Documents. [Doc. No. 153] Defendants' counsel, Steve Alan Filarsky, has failed to respond and the time to do so has passed. Accordingly, the Court hereby orders Mr. Filarsky to show cause why sanctions should not be imposed for failure to respond to a court order ("OSC"). The OSC hearing is set on December 11, 2014 at 8:30 a.m.

Mr. Filarsky is advised that if he consents to e-service by December 11, 2014 or otherwise shows good cause for his failure to respond to a court order, the OSC hearing will be vacated and no appearance will be required.